## NATIONAL TYPEWRITER CO. v. POPE MANUF'G CO.

### (Circuit Court, D. Massachusetts. July 5, 1893.)

#### No. 2,685.

FEDERAL COURTS—JURISDICTION—TERRITORIAL LIMITS—SUITS AGAINST CORPO-
RATIONS.

A corporation cannot be sued for infringement of a patent in the
federal courts of a state other than that of its incorporation.

In Equity. Suit by the National Typewriter Company, a cor-
poration organized under the laws of Maine, against the Pope Manu-
facturing Company, a corporation organized under the laws of Con-
necticut, for infringement of letters patent No. 238,387, issued March
1, 1881, to Thomas Hall, for an improvement in typewriters. Heard
on demurrer to the bill for want of jurisdiction. Demurrer sus-
tained.

Rodney Lund, for complainant.
William A. Redding, for defendant.

COLT, Circuit Judge. The defendant, being a foreign corporation,
incorporated under the laws of Connecticut, cannot, under the re-
cent decisions of the supreme court, be sued in this district, and I
must therefore sustain the demurrer on this ground.